Thiago M. Coelho, SBN 324715
thiago@wilshirelawfirm.com
Carolin K. Shining, SBN 201140
cshining@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989
*Attorneys for Plaintiff, Flor Jimenez*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOR JIMENEZ, an individual, | Case No.: 2:22-cv-09102-SPG-AGR |
| Plaintiff, | *Honorable Sherilyn Peace Garnett* |
| v. | **NOTICE OF SETTLEMENT** |
| VENICE BREEZE SUITES, LLC, a Delaware limited liability company; and DOES 1 to 10, inclusive, | Complaint filed: December 15, 2022<br>Trial Date: Not Set |
| Defendants. | |

NOTICE OF SETTLEMENT

Plaintiff Flor Jimenez ("Plaintiff") hereby notifies the Court that the claims of Plaintiff have settled. A Stipulation for Dismissal with Prejudice as to Plaintiff's claims will be filed upon execution of a formal settlement agreement in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: April 11, 2023                              Respectfully Submitted,

                                                   */s/ Carolin K. Shining*
                                                   Thiago M. Coelho
                                                   Carolin K. Shining
                                                   **WILSHIRE LAW FIRM**
                                                   *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 11, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system.

Dated: April 11, 2023               */s/ Carolin K. Shining*
                                                    Carolin K. Shining