**JS-6**

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOR JIMENEZ, an individual, | Case No.: 2:22-cv-09102-SPG-AGR |
| Plaintiff, | *Honorable Sherilyn Peace Garnett* |
| v. | **ORDER GRANTING JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(A)** |
| VENICE BREEZE SUITES LLC, a Delaware limited liability company; and DOES 1 to 10, inclusive, | |
| Defendants. | Complaint Filed: December 15, 2022<br>Trial Date: None Set |

| | |
|---|---|
| 1 | IT IS HEREBY ORDERED THAT, good cause showing, Plaintiff Flor |
| 2 | Jimenez and Defendant Venice Breeze Suites, LLC's joint request that this Court |
| 3 | enter a dismissal with prejudice as to all of Plaintiff's claims in their entirety is |
| 4 | GRANTED in full. Each party shall bear her or its own fees and costs. |

IT IS SO ORDERED.

Dated: April 26, 2023

HON. SHERILYN PEACE GARNETT
U.S. DISTRICT COURT JUDGE